UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                                                No.   21 CR 425 LTS

JALEEL SHAKOOR,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has requested that Defendant's initial pretrial conference and bail appeal hearing in this case take place on **July 8, 2021, at 12:00 p.m.**, in Courtroom 17C. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars as open as possible on July 8, 2021, until further notice. The Government's written submission in connection with that hearing, which must include a copy of the transcript of the Magistrate's Court proceeding, must be filed by **July 1, 2021, at 12:00 p.m.**, and any defense submission must be filed by **July 6, 2021, at 3:00 p.m.**

The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding. No hard copy documents will be accepted in the courtroom.

To access the audio feed of the conference, members of the press and public may call 888-363-4734 and use access code 1527005# and security code 2933#.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  <u>See</u> Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

    SO ORDERED.

Dated: New York, New York
       June 28, 2021

                                      /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge