UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No.   21 CR 425 LTS

JALEEL SHAKOOR,

        Defendant.

-------------------------------------------------------x

### ORDER

The initial pretrial conference and bail appeal hearing in this case are scheduled to proceed on **July 8, 2021, at 12:00 p.m.**, in Courtroom 17C. All other provisions of the Court's Order dated June 28, 2021 (docket entry no. 5) remain in effect.

    SO ORDERED.

Dated: New York, New York
          June 29, 2021

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge