UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-                                                             21-CR-425 (LTS)

JALEEL SHAKOOR,

                  Defendant.
------------------------------------------------------------------X

## ORDER

The Court has requested that Defendant's pretrial conference take place via teleconference on the morning of **October 15, 2021**, **at 10:30 a.m**. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 1 p.m. on October 15, 2021**, until further notice.

The Court has also requested that defense counsel be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

In advance of the conference, Chambers will provide the parties further information on how to access the conference.

    SO ORDERED.

Dated: New York, New York
         September 30, 2021

                                                                           /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           Chief United States District Judge