UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                           No. 21-CR-425-LTS

JALEEL SHAKOOR,                                                          ORDER

        Defendant.

-------------------------------------------------------x

The sentencing hearing in this case is scheduled to proceed on February 10, 2022, at 11:00 a.m., in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
       February 10, 2022                            LAURA TAYLOR SWAIN
                                                                       Chief United States District Judge